No. 83–709.  WALTON v. SMALL BUSINESS ADMINISTRATION, 464 U. S. 1009;

No. 83–5448.  WILLIAMS v. PIERCE, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL., 464 U. S. 1046;

No. 83–5460.  BETKA v. CITY OF WEST LINN ET AL., 464 U. S. 979;

No. 83–5536.  KAJEVIC v. UNITED STATES, 464 U. S. 1047;

No. 83–5572.  MCMILLAN v. HESTER ET AL., 464 U. S. 1010;

No. 83–5624.  MORVAY v. MAGHIELSE TOOL & DIE CO., INC., 464 U. S. 1011;

No. 83–5633.  BROWN v. RICE ET AL., 464 U. S. 1019;

No. 83–5634.  IN RE BROWN, 464 U. S. 1006;

No. 83–5638.  SKAGGS ET AL. v. CRAWFORD COUNTY, OHIO, ET AL., 464 U. S. 1019; and

No. 83–5793.  HOWELL v. APPLING, 464 U. S. 1072.  Petitions for rehearing denied.

No. 82–2083.  RUSHEN, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. v. SPAIN, 464 U. S. 114.  Motion of American Civil Liberties Foundation et al. for leave to file a brief as *amici curiae* in support of petition for rehearing denied.  Petition for rehearing denied.  JUSTICE BRENNAN would grant the motion.

No. 83–5374.  JONES ET AL. v. SUPERIOR COURT OF CALIFORNIA, ORANGE COUNTY, 464 U. S. 998.  Motion for leave to file petition for rehearing denied.

FEBRUARY 27, 1984

No. 83–770.  CITY OF NEW YORK ET AL. v. UNITED STATES DEPARTMENT OF TRANSPORTATION ET AL.  Appeal from C. A. 2d Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.  JUSTICE REHNQUIST took no part in the consideration or decision of this case.

No. 83–918.  CARTER v. ILLINOIS.  Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question.